

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00071-CV

## IN RE GEICO CHOICE INSURANCE COMPANY

_____

## Original Proceeding

## ORDER

Relator's Petition for Writ of Mandamus and Motion for Emergency Stay were filed on March 8, 2017. Relator's Motion for Emergency Stay is granted. The deposition scheduled for March 10, 2017 is stayed pending further order of this Court.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed March 8, 2017

